IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRCT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COURTNEY HAMILTON | ) | CASE NO. 1:25-cv-2801-JPC |
| Plaintiff, | ) | |
| | ) | JUDGE J. PHILIP CALABRESE |
| vs. | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, ET AL., | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| Defendants. | ) | |
| | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| | ) | |

This case is before the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A), Rule 72(a) of the Federal Rules of Civil Procedure, and Local Rule 72.1. (See Non-Document Order dated April 2, 2026.) The undersigned set a Zoom status conference to be held on July 21, 2026. (See Non-Document Order dated June 18, 2026.) Plaintiff failed to appear. (See Doc. No. 33.) The undersigned reset the status conference to August 17, 2026, ordered both Plaintiff and counsel for defendants to appear in person, and warned that failure to appear could result in sanctions up to and including recommending the case be dismissed. (*Id.*) Plaintiff failed to appear. (See Doc. No. 34.) For the reasons that follow, the undersigned recommends that Plaintiff's Complaint be dismissed for lack of prosecution.

Plaintiff's failure to prosecute this matter and to obey an Order of the Court warrants dismissal of this case pursuant to Fed.R.Civ.P. 41(b). *Jourdan v. Jabe,* 951 F.2d 108, 109–10 (6th Cir.1991). District courts have the power to *sua sponte* dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.,* 370 U.S. 626, 630–31, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *see also Jourdan,* 951 F.2d at 109. Though plaintiff is proceeding *pro se*, as stated by the Supreme Court, "we have never suggested that procedural rules in

ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel." *McNeil v. United States,* 508 U.S. 106, 113, 113 S.Ct. 1980, 124 L.Ed.2d 21 (1993).

Here, Plaintiff failed to appear via Zoom for a status conference on July 21, 2026. The status conference was reset, Plaintiff was ordered to appear, and Plaintiff was warned that failure to appear again would result in sanctions. On August 17, 2026, Plaintiff again failed to appear. Accordingly, the undersigned recommends that Plaintiff's case be DISMISSED for want of prosecution and for failure to obey a Court Order.

Date: August 17, 2026

*s/ Jonathan Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge

**OBJECTIONS**

**Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).**